# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| SHALE ROYALTY, LLC | * |
| PLAINTIFF | * |
| | * |
| V. | * |
| | *   CASE NO. 4:18CV00621 SWW |
| MMGJ ARKANSAS UPSTREAM, | * |
| LLC (originally named as BHP | * |
| Billiton Petroleum (Fayetteville) LLC) | * |
| and FLYWHEEL ENERGY | * |
| PRODUCTION, LLC (originally | * |
| named as SWN Production (Arkansas) | * |
| LLC, formerly known as SEECO, Inc | * |
| doing business as SEECO) | * |
| DEFENDANTS | * |

## **ORDER**

Before the Court is Plaintiff's unopposed motion (*Doc. 164*) to dismiss this case with prejudice because the parties have settled. Pursuant to the settlement agreement, Plaintiff's claims for overriding royalties related to leases at issue in *Damsky v. Vaudry*, No. 12CV-20-189 (Cleburne County Ark. Circuit Court) will be determined by the outcome of that separate lawsuit. Plaintiff requests that the Court retain jurisdiction for purposes of enforcing the settlement agreement, if that becomes necessary, and disbursing funds for past royalties attributable to the leases at issue in *Damsky*. Plaintiff states that the parties have conferred, and Defendants do not oppose the motion.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUIDCE pursuant to the parties' settlement agreement. The Court retains jurisdiction solely for enforcement purposes and to disburse funds currently deposited with the Court.

IT IS SO ORDERED THIS 13TH  DAY OF AUGUST, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
